**Appeal Reinstated and Order filed November 6, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-11-00739-CV

_____

### KEN S. OGBONNIA D/B/A FIRST TEXAS ENERGY, Appellant

### V.

### AT&T ADVERTISING, LP, Appellee

**On Appeal from the Co Civil Ct at Law No 2**
**Harris County, Texas**
**Trial Court Cause No. 988333**

## O R D E R

On May 22, 2012, this court abated this appeal so that the corporate appellant, First Texas Energy Corporation, could retain counsel. To date, no attorney has filed a notice of appearance. On July 26, 2012, this court granted appellant a final extension of time to file appellant's corrected brief until August 27, 2012. In its order, the court stated that appellant may proceed *pro se* in his individual appeal if he has been unable to obtain counsel. On September 24, 2012, appellant filed a response to this court's order stating that he did not receive the July 26, 2012 order, and did not know it had issued until he called to inquire about his extension request. He then picked up a copy of the order on

September 19, 2012. To date, appellant has not filed a brief or a further motion for extension of time in response to the order. Accordingly, we **REINSTATE** the appeal and issue the following order:

Unless appellant files a corrected brief with the clerk of this court on or before **November 26, 2012**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b). **No further extensions of time will be granted.**

PER CURIAM